# MEMORANDUM DECISIONS

GUIDRY v. UNITED STATES ex rel. LANCASTER et al. (Circuit Court of Appeals, Fifth Circuit. March 6, 1923.) No. 3958. In Error to the District Court of the United States for the Western District of Louisiana; Rufus E. Foster, Judge. On rule for contempt by J. L. Lancaster and another, as receivers of the Texas & Pacific Railway Company, against Clay Guidry. Judgment against defendant, who brings error. Affirmed. John Howell Pugh, of Plaquemine, La., for plaintiff in error. Esmond Phelps, of New Orleans, La., for defendants in error. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. There is no material difference between this case and the case of McGibbony v. Lancaster et al., Receivers, etc., 286 Fed. 129, United States Circuit Court of Appeals, Fifth Circuit, present term. Following the ruling made in the cited case, the judgment in this case is affirmed.

---

JACQUES v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 18, 1922.) No. 55. In Error to the District Court of the United States for the Eastern District of New York. John W. Jacques was convicted of conspiracy to steal goods from a foreign or interstate shipment, and of larceny of such goods, and he brings error. Affirmed. Samuel A. Besson, of Hoboken, N. J., and George W. Tucker, of New York City, for plaintiff in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Henry J. Walsh, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

THE MAY QUEEN. O'BOYLE v. CORNELL STEAMBOAT CO. NEW YORK TRAP ROCK CORPORATION v. CORNELL STEAMBOAT CO. et al. (Circuit Court of Appeals, Second Circuit. December 18, 1922.) Nos. 105, 106. Appeals from the District Court of the United States for the Southern District of New York. Separate libels by Anthony J. O'Boyle against the Cornell Steamboat Company and by the New York Trap Rock Corporation against the Cornell Steamboat Company and the scow May Queen, of which Anthony J. O'Boyle was claimant. From the decrees rendered, the Cornell Steamboat Company appeals. Affirmed. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine, of New York City, of counsel), for appellant. Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellees. Barber & Gibboney, of New York City (Albert A. Springs, of New York City, of counsel), for appellee New York Trap Rock Corp'n. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decrees affirmed, with interest and costs.